DONOVAN, Respondent, v. UNITED FRUIT CO., Appellant. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Richard J. Donovan against the United Fruit Company. I. Untermyer, of New York City, for appellant. W. L.

Stone, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, on Rubin v. Cohen, 129 App. Div. 395, 113 N. Y. Supp. 843, and Syme v. Terry & Tench, 125 App. Div. 610, 110 N. Y. Supp. 25. Order filed.